UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

Crim. No.: 09-806
Mag. No.: 09-4068

v.

KAMAAL MCQUEEN

BAIL MODIFICATION ORDER

THIS MATTER having been brought before the court on the application of defendant Kamaal McQueen (defense counsel Michael Orozco, Esq., appearing); and Pre Trial Services having determined that Jennifer Oehl is suitable to serve as a third-party custodian; and the United States Attorney's Office for the District of New Jersey having no objection to this proposed form of order; and good cause having been shown,

IT IS on this ___21___ day of January, 2010,

ORDERED that the defendant shall reside with Jennifer Oehl at her residence located at 58-65 81st Street, Apartment 2C, Middle Village, NY 11379, during the term of his pretrial release; and it is

FURTHER ORDERED that Jennifer Oehl shall serve as the defendant's third-party custodian and shall report to Pre Trial Services as instructed; and it is

FURTHER ORDERED that all previous bail conditions shall remain in full force and effect.

_____
Dennis Cavanaugh
United States District Judge