UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Crim. No.: 09-806 (DMC) |
| vs. | : |
| KAMAAL McQUEEN, | : CONSENT ORDER |
| | : MODIFYING BAIL CONDITIONS |
| Defendant. | : OF KAMAAL McQUEEN |

**THIS MATTER** having come before the Court on the application of Stacy A. Biancamano, attorney for defendant Kamaal McQueen, for an Order modifying Mr. McQueen's bail conditions so as to remove the requirement that he be subject to electronic monitoring; and A.U.S.A. Robert Frazer having consented to the same; and Pretrial Services Officer Barbara and Eric Moran, AUSA Hutchinson having no objection to the foregoing application; and for good cause shown,

IT IS on this ___6___ day of ___Dec___;

**ORDERED** that the bail conditions for defendant Kamaal McQueen be, and the same hereby are, modified so as to remove the condition of electronic monitoring from his bail; and it is further

**ORDERED** that all other conditions of Mr. McQueen's bail shall remain in place.

_____
Honorable Dennis M. Cavanaugh
United States District Judge